```
7002 3150 0000 8388 1796
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:09-CV-741
DOC. 7
2/2/10

Sent To: WILLIAM E. MORRISON 559-823
Street, Apt. No.; or PO Box No.: RCI, P.O. BOX 7010
City, State, ZIP+4: CHILLICOTHE, OH 45601

PS Form 3800, June 2002    See Reverse for Instructions